JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUA KHO BO, INC., a California corporation; and WENDY YUEH CHI LIN, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>SILVER HORN JERKY INC., a Florida corporation; QUA DINH, an individual; THANH HUONG HOANG, an individual; and MINH HOANG, an individual,<br><br>  Defendants. | Case No.: 2:22-cv-04049-RGK-AS<br><br>[PROPOSED] ORDER [53]<br><br>**Hon. R. Gary Klausner** |

Based on the stipulation of the parties:

IT IS HEREBY ORDERED that all dates and deadlines in the case are vacated. The Clerk of the Court is directed to dismiss this matter with prejudice.

IT IS SO ORDERED.

Dated: 2/27/2022                         _____
                                         Hon. R. Gary Klausner
                                         United States District Court Judge

[PROPOSED] ORDER
1